# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL, | Case No. 1:15-CV-894 ---SMS |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| RICHARD CIUMMO & ASSOCIATES; KEVIN R. WIEMER, | (Doc. 2) |
| Defendants. | |

By motion filed June 12, 2015, Plaintiff David Townsel seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Nonetheless, the Clerk of Court SHALL NOT issue new case documents and the summons until the Court has screened the complaint.

IT IS TO ORDERED.

DATED: 6/12/2015                    /s/ SANDRA M. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE

1