# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TOWNSEL,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD CIUMMO & ASSOCIATES;<br>KEVIN R. WEIMER,<br><br>    Defendants. | CASE NO. 1:15-CV-894---SMS<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING DISMISSAL WITHOUT PREJUDICE |

Plaintiff David Townsel brings the instant complaint *in pro se* and *in forma pauperis* against defendants Richard Ciummo & Associates and Kevin R. Weimer for actions related to Plaintiff's representation in a criminal matter.

On October 9, 2014, the Court screened the complaint pursuant to 28 U.S.C § 1915(e)(2), and dismissed the complaint for failure to state a claim with leave to amend. Doc. 4. The Court granted leave to file an amended complaint within thirty days of the date of service of that order. Plaintiff was advised that he was not required to file an amended complaint, but failure to do so would result in dismissal of the action. The order dismissing the complaint with leave to amend was filed and served on the same day. To date, Plaintiff has not filed an amended complaint.

RECOMMENDATION

Accordingly, the Court RECOMMENDS that the action be dismissed without prejudice and the case closed.

These findings and recommendations are submitted to the United States District Court Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Rule 72-

304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within thirty (30) days after being served with a copy, Petitioner may file written objections with the Court, serving a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **November 25, 2015**            **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE